Cayuga County




Image Mate Online

Navigation GIS Map Tax Maps | ORPS Links Assessment Info Help Log In




## Municipality of Town of Montezuma

| SWIS: | 054000 | Tax ID: | 98.00-1-31 |
|---|---|---|---|

## Tax Map ID / Property Data

| | | | |
|---|---|---|---|
| Status: | Active | Roll Section: | Taxable |
| Address: | 7153 State Route 90 N | | |
| Property Class: | 210 - 1 Family Res | Site Property Class: | 210 - 1 Family Res |
| Ownership Code: | | | |
| Site: | Res 1 | In Ag. District: | No |
| Zonning Code: | AR - | Bldg. Style: | Old style |
| Neighborhood: | 00200 - | School District: | Port Byron |
| Property Description: | Smd 901-130 | | |
| Total Acreage/Size: | 1.50 | Equalization Rate: | ---- |
| Land Assessment: | 2021 - $15,300 | Total Assessment: | 2021 - $52,300 |
| Full Market Value: | 2021 - $75,797 | | |
| Deed Book: | 1493 | Deed Page: | 320 |
| Grid East: | 779798 | Grid North: | 1080007 |

## Special Districts for 2021

| Description | Units | Percent | Type | Value |
|---|---|---|---|---|
| ECR01-EAST CAYUGA RES WHOL | 0 | 0% | | 0 |
| FD401-MONTEZUMA FIRE DIST | 0 | 0% | | 0 |

## Land Types

| Type | Size |
|---|---|
| Primary | 1.00 acres |
| Residual | 0.50 acres |

Photographs

(Click on photo to enlarge it.)



File Photo

Photo 1 of 3

Documents

- 11-27-2012
- Transfer 1-11-2022
- Transfer 1-12-2022

Maps




Map Disclaimer

INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us

FOR COUNTY USE ONLY
C1. SWIS Code
C2. Date Deed Recorded 1 / 11 / 2022 (Month Day Year)
C3. Book 4167 C4. Page 32

New York State Department of Taxation and Finance
Office of Real Property Tax Services
**RP- 5217-PDF**
Real Property Transfer Report (8/10)

**PROPERTY INFORMATION**

1. Property Location: 7153 (STREET NUMBER) State Route 90N (STREET NAME)
Montezuma (CITY OR TOWN) (VILLAGE) (ZIP CODE)

2. Buyer Name: C. B. Brooks LLC (LAST NAME/COMPANY) (FIRST NAME)
(LAST NAME/COMPANY) (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form): C B Brooks (LAST NAME/COMPANY) (FIRST NAME)
317 Cliffside Dr (STREET NUMBER AND NAME) Auburn (CITY OR TOWN) NY (STATE) 13021 (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: 192 (FRONT FEET) X 478 (DEPTH) OR 0.00 (ACRES)

6. Seller Name: Stott (LAST NAME/COMPANY) Catherine E (FIRST NAME)
(LAST NAME/COMPANY) (FIRST NAME)

7. Select the description which most accurately describes the use of the property at the time of sale:
A. One Family Residential

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on a Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

**SALE INFORMATION**

11. Sale Contract Date: 05/08/2021
12. Date of Sale/Transfer: 07/08/2021
13. Full Sale Price: 30,000.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: 0.00

15. Check one or more of these conditions as applicable to transfer:
☐ A. Sale Between Relatives or Former Relatives
☐ B. Sale between Related Companies or Partners in Business.
☐ C. One of the Buyers is also a Seller
☐ D. Buyer or Seller is Government Agency or Lending Institution
☐ E. Deed Type not Warranty or Bargain and Sale (Specify Below)
☐ F. Sale of Fractional or Less than Fee Interest (Specify Below)
☐ G. Significant Change in Property Between Taxable Status and Sale Dates
☐ H. Sale of Business is Included in Sale Price
☐ I. Other Unusual Factors Affecting Sale Price (Specify Below)
☒ J. None

Comment(s) on Condition:

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken(YY): 21
17. Total Assessed Value: 52,300
18. Property Class: Res 210 - 1
19. School District Name: cayuga
20. Tax Map Identifier(s)/Roll Identifier(s) (If more than four, attach sheet with additional identifier(s)):
98.00-1-31

**CERTIFICATION**

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

**SELLER SIGNATURE**

X Catherine E Stott (SELLER SIGNATURE) (DATE)

**BUYER SIGNATURE**

Paul C Wimer 12/29/21 (BUYER SIGNATURE) (DATE)

**BUYER CONTACT INFORMATION**

(Enter information for the buyer. Note: If buyer is LLC, society, association, corporation, joint stock company, estate or entity that is not an individual agent or fiduciary, then a name and contact information of an individual/responsible party who can answer questions regarding the transfer must be entered. Type or print clearly.)

CB Brooks LLC (LAST NAME) see other (FIRST NAME)
(AREA CODE) (TELEPHONE NUMBER (Ex: 9999999))
317 (STREET NUMBER) Cliffside dr (STREET NAME)
Auburn, (CITY OR TOWN) NY (STATE) 13021 (ZIP CODE)

**BUYER'S ATTORNEY**

(LAST NAME) (FIRST NAME)
(AREA CODE) (TELEPHONE NUMBER (Ex: 9999999))

INSTRUCTIONS(RP-5217-PDF INS): www.orps.state.ny.us

FOR COUNTY USE ONLY
C1. SWIS Code
C2. Date Deed Recorded 1 / 11 / 2022 (Month Day Year)
C3. Book 4167 C4. Page 32

New York State Department of **Taxation and Finance**
Office of Real Property Tax Services
**RP- 5217-PDF**
Real Property Transfer Report (8/10)

PROPERTY INFORMATION

1. Property Location: 7153 (STREET NUMBER) State Route 90N (STREET NAME)
Montezuma (CITY OR TOWN) (VILLAGE) (ZIP CODE)

2. Buyer Name: C. B. Brooks LLC (LAST NAME/COMPANY) (FIRST NAME)
(LAST NAME/COMPANY) (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form): C B Brooks (LAST NAME/COMPANY) (FIRST NAME)
317 Cliffside Dr (STREET NUMBER AND NAME) Auburn (CITY OR TOWN) NY (STATE) 13021 (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: 192 (FRONT FEET) X 478 (DEPTH) OR 0.00 (ACRES)

6. Seller Name: Stott (LAST NAME/COMPANY) Catherine E (FIRST NAME)
(LAST NAME/COMPANY) (FIRST NAME)

7. Select the description which most accurately describes the use of the property at the time of sale:
A. One Family Residential

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on a Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

SALE INFORMATION

11. Sale Contract Date: 05/08/2021
12. Date of Sale/Transfer: 07/08/2021
13. Full Sale Price: 30,000.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: 0.00

15. Check one or more of these conditions as applicable to transfer:
☐ A. Sale Between Relatives or Former Relatives
☐ B. Sale between Related Companies or Partners in Business.
☐ C. One of the Buyers is also a Seller
☐ D. Buyer or Seller is Government Agency or Lending Institution
☐ E. Deed Type not Warranty or Bargain and Sale (Specify Below)
☐ F. Sale of Fractional or Less than Fee Interest (Specify Below)
☐ G. Significant Change in Property Between Taxable Status and Sale Dates
☐ H. Sale of Business is Included in Sale Price
☐ I. Other Unusual Factors Affecting Sale Price (Specify Below)
☒ J. None

Comment(s) on Condition:

ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken(YY): 21
17. Total Assessed Value: 52,300
18. Property Class: Res 210 - 1
19. School District Name: cayuga
20. Tax Map Identifier(s)/Roll Identifier(s) (If more than four, attach sheet with additional identifier(s)):
98.00-1-31

CERTIFICATION

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

SELLER SIGNATURE

Catherine E Stott (SELLER SIGNATURE) (DATE)

BUYER SIGNATURE

Paul c Wloyer 12/29/21 (BUYER SIGNATURE) (DATE)

BUYER CONTACT INFORMATION

(Enter information for the buyer. Note: If buyer is LLC, society, association, corporation, joint stock company, estate or entity that is not an individual agent or fiduciary, then a name and contact information of an individual/responsible party who can answer questions regarding the transfer must be entered. Type or print clearly.)

CB Brooks LLC (LAST NAME) see other (FIRST NAME)
(AREA CODE) (TELEPHONE NUMBER (Ex: 9999999))
317 (STREET NUMBER) Cliffside dr (STREET NAME)
Auburn, (CITY OR TOWN) NY (STATE) 13021 (ZIP CODE)

BUYER'S ATTORNEY

(LAST NAME) (FIRST NAME)
(AREA CODE) (TELEPHONE NUMBER (Ex: 9999999))

INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us

FOR COUNTY USE ONLY
C1. SWIS Code
C2. Date Deed Recorded 1 / 12 / 2022 (Month / Day / Year)
C3. Book 4167 C4. Page 195

New York State Department of Taxation and Finance
Office of Real Property Tax Services
**RP-5217-PDF**
Real Property Transfer Report (8/10)

## PROPERTY INFORMATION

1. Property Location: 7153 (STREET NUMBER) State Route 90N (STREET NAME); Montezuma (CITY OR TOWN); VILLAGE; 13117 (ZIP CODE)

2. Buyer Name: Parker (LAST NAME/COMPANY) Dustin (FIRST NAME); LAST NAME/COMPANY; FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address(at bottom of form): Parker (LAST NAME/COMPANY) Dustin (FIRST NAME); 7153 (STREET NUMBER AND NAME) Montezuma (CITY OR TOWN) NY (STATE) 13117 (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists
4B. Subdivision Approval was Required for Transfer
4C. Parcel Approved for Subdivision with Map Provided

5. Deed Property Size: 160 (FRONT FEET) X 478 (DEPTH) OR 0.00 (ACRES)

6. Seller Name: C.B. Brooks LLC (LAST NAME/COMPANY); FIRST NAME; LAST NAME/COMPANY; FIRST NAME

*7. Select the description which most accurately describes the use of the property at the time of sale:
A. One Family Residential

Check the boxes below as they apply:
8. Ownership Type is Condominium
9. New Construction on a Vacant Land
10A. Property Located within an Agricultural District
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District

## SALE INFORMATION

11. Sale Contract Date: 01/11/2022
*12. Date of Sale/Transfer: 01/11/2022
*13. Full Sale Price: 180,000 .00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: 0 .00

15. Check one or more of these conditions as applicable to transfer:
A. Sale Between Relatives or Former Relatives
B. Sale between Related Companies or Partners in Business.
C. One of the Buyers is also a Seller
D. Buyer or Seller is Government Agency or Lending Institution
E. Deed Type not Warranty or Bargain and Sale (Specify Below)
F. Sale of Fractional or Less than Fee Interest (Specify Below)
G. Significant Change in Property Between Taxable Status and Sale Dates
H. Sale of Business is Included in Sale Price
I. Other Unusual Factors Affecting Sale Price (Specify Below)
X J. None

Comment(s) on Condition:

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken(YY): 21
*17. Total Assessed Value: 52,300
*18. Property Class: 210 _ 1
*19. School District Name: Cayuga
*20. Tax Map Identifier(s)/Roll Identifier(s) (If more than four, attach sheet with additional identifier(s)): 98.00-1-31

## CERTIFICATION

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

SELLER SIGNATURE
C.B. Brooks LLC [signature] 1/12/22
SELLER SIGNATURE / DATE

BUYER SIGNATURE
[signature] 1/12/22
BUYER SIGNATURE / DATE

BUYER CONTACT INFORMATION
(Enter information for the buyer. Note: If buyer is LLC,society, association, corporation, joint stock company, estate or entity that is not an individual agent or fiduciary, then a name and contact information of an individual/responsible party who can answer questions regarding the transfer must be entered. Type or print clearly.)

Parker (LAST NAME) Dustin (FIRST NAME)
315 (AREA CODE) 5151798 (TELEPHONE NUMBER (Ex: 9999999))
25 (STREET NUMBER) Spruce Lane (STREET NAME)
Seneca Falls (CITY OR TOWN) NY (STATE) 13148 (ZIP CODE)

BUYER'S ATTORNEY
LAST NAME / FIRST NAME
AREA CODE / TELEPHONE NUMBER (Ex: 9999999)